IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LISA REYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:23-CV-1001-G |
| ALLSTATE INDEMNITY COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The parties' joint motion to abate this case "until the probate of Lisa Reyes' estate is completed and an executor is appointed" (docket entry 27) is **GRANTED**.[*]

It is therefore **ORDERED** that the above-styled and numbered action is hereby **ABATED** as to discovery and any deadlines or proceedings until such time as the probate is completed, and an executor is appointed.

In an effort to manage this court's docket more efficiently, this case will be **ADMINISTRATIVELY CLOSED**. The case may be reopened, without prejudice,

---

[*] The plaintiff Lisa Reyes passed away on May 12, 2024. *See* Suggestion of Death (docket entry 25).

upon the motion of any party.  The right to reopen shall continue 30 days after the probate is completed, and an executor is appointed.

    **SO ORDERED**.

November 1, 2024.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**