IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA REYES, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:23-CV-1001-G** |
| | § | |
| ALLSTATE INDEMNITY COMPANY, | § | |
|    *Defendant,* | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Lisa Reyes ("Plaintiff"), and Defendant, Allstate Indemnity Company ("Defendant"), hereby stipulate to the voluntary dismissal without prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed without prejudice, with each party to bear its own costs, if any.

SO STIPULATED this September 3, 2025.

*[Signature of counsel to appear on the next page]*

Respectfully submitted,

**THE HODGE LAW FIRM, PLLC**
1301 Market Street
Galveston, Texas 77550
(409) 762-5000 Telephone
(409) 763-2300 Facsimile

By: */s/ Katherine C. Hairfield*
   *Elyse I. Gonzalez-Earl {SBN 24109936}*
   *with permission for*
   Katherine C. Hairfield
   Texas Bar No. 24117833
   khairfield@hodgefirm.com
   Shaun W. Hodge
   Texas Bar No. 24052995
   shodge@hodgefirm.com

ATTORNEYS FOR PLAINTIFF

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 Telephone
(214) 871-8209 Facsimile

By: */s/ Daniel P. Buechler*
   Daniel P. Buechler
   State Bar No. 24047756
   dbuechler@thompsoncoe.com

– and –

Elyse I. Gonzalez Earl
State Bar No. 24109936
egonzalez@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
10001 Reunion Place, Union Plaza II, Suite 400
San Antonio, Texas 78216
(830) 252-5100 Telephone
(830) 252-5105 Facsimile

ATTORNEYS FOR DEFENDANT