IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LISA REYES, ) </br> ) </br> Plaintiff, ) </br> ) </br> VS. ) </br> ) </br> ALLSTATE INDEMNITY COMPANY, ) </br> ) </br> Defendant. ) | CIVIL ACTION NO. </br></br> 3:23-CV-1001-G |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the court is the parties' joint stipulation of dismissal without prejudice (docket entry 29). The court construes the pleading as a motion to reopen administratively closed case and to dismiss this action without prejudice. So construed, the motion is **GRANTED**.

It is therefore **ORDERED** that this case is **REOPENED**.

It is further **ORDERED** that the plaintiff's claims against the defendant are hereby **DISMISSED** without prejudice, with each party to bear its own costs, if any.

**SO ORDERED**.

September 3, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**